UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **19-8006**

Doe v. Philadelphia Housing Authority
(E.D. Pa. No. 2-18-cv-02948)

**ORDER**

On March 5, 2019, the District Court granted Petitioner's motion to proceed anonymously.  Therefore, Petitioner may proceed using John Doe as his name in this Court.  All documents filed in this matter shall refer to Petitioner as John Doe only.  The parties shall not include any other personally identifying information in any submission to the Court.

In accordance with the Court's November 4, 2008 Notice to Bar, the parties are advised that dockets in the Court of Appeals are not sealed as the text of the docket contains procedural information only.  Accordingly, if the parties wish to file documents containing Petitioner's name, they should redact the documents.

For the Court,

s/ Patricia Dodszuweit
Clerk

Date: March 19, 2019

CLW/cc: Justin F. Robinette, Esq.
          Catherine S. Straggas, Esq.
          Gregory R. Nevins, Esq.
          Omar Gonzalez-Pagan, Esq.